UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
AT DENVER

| | |
|---|---|
| **COOK PRODUCTIONS, LLC**<br><br>　　　Plaintiff<br><br>v.<br><br>**DOES 1-23**<br><br>　　　Defendants | Civil Action No. 1:16-cv-03198 |

**Disclosure Statement of Plaintiff,
Cook Productions, LLC, Pursuant to Fed. R. Civ. P. 7.1(a)**

　　　Plaintiff, Cook Productions, LLC, by counsel, pursuant to Fed. R. Civ. P. 7.1(a), states that it is owned by no parent company, and that no corporation owns ten percent (10%) or more of its stock.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　VALENTI HANLEY PLLC

　　　　　　　　　　　　　　　　/s/ Michael A. Valenti
　　　　　　　　　　　　　　　　Michael A. Valenti
　　　　　　　　　　　　　　　　One Riverfront Plaza, Suite 1950
　　　　　　　　　　　　　　　　401 West Main Street
　　　　　　　　　　　　　　　　Louisville, KY 40202
　　　　　　　　　　　　　　　mvalenti@vhrlaw.com
　　　　　　　　　　　　　　　　PH　　(502) 568-2100
　　　　　　　　　　　　　　　　FAX　(502) 568-2101
　　　　　　　　　　　　　　　　*Counsel for Plaintiff*